DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 OCTOBER 2014

| 323P10-5 | State v. Lacy Lee Williams, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-628)<br><br>2. Def's *Pro Se* Motion for PDR | 1. Dismissed<br><br><br>2. Dismissed |
|---|---|---|---|
| 323P14 | State v. Charles Marshall | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-473) | Dismissed |
| 324P14 | State v. Anthony Pressley | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1248) | Denied |
| 325P14 | State v. Doran Arthur Atkins | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-1242) | Denied |
| 328P14 | State v. Ramiro Saucedo-Solis | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied<br>**09/26/2014** |
| 333P14 | State v. Ryan Matthew Williams | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1309) | Allowed |
| 337P03-2 | Adrian Devon Murray v. Mark E. Klass, Theodore S. Royster, Jr. | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 372A14 | Hart, et al. v. State of North Carolina | Special Order (COAP14-659) | Special Order |
| 373A14 | Cape Fear River Watch v. NC Environmental Management Commission, et al. | Special Order (COA14-708) | Special Order |
| 373P13-2 | State v. Sandy Alexander Sturdivant | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-528)<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br>2. Dismissed as Moot |
| 374A14 | Fisher, et al. v. Flue-Cured Tobacco Cooperative Stabilization Corp. | Special Order (COA14-609) | Special Order |